JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SONJA LISTER, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC, a limited liability company; DOES 1-10;<br><br>Defendants. | Case No. CV 15-3935-GW(RAOx)<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** |

The Court **GRANTS** the parties' motion to dismiss and accordingly **DISMISSES with prejudice** the Complaint against Cavalry Portfolio Services, LLC.

**IT IS SO ORDERED.**

DATED: August 21, 2015

_____
GEORGE H. WU, U.S. DISTRICT JUDGE